NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1492

GILDA INDUSTRIES, INC.,

Plaintiff-Appellee,

and

NESTLE WATERS NORTH AMERICA, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of International Trade in case no. 07-00474, Senior Judge R. Kenton Musgrave.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The United States moves for a 30-day extension of time, until December 9, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

NOV 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc: Peter S. Herrick, Esq.
Jonathan T. Stoel, Esq.
David S. Silverbrand, Esq.

NOV 17 2009

JAN HORBALY
CLERK

s20